IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:24- 5 |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| 1) TAMICHAEL SHUNDRILLE ELIJAH, | : | 7 U.S.C. §§ 2156(a)(1) and (b) |
|     a/k/a "T," | : | 18 U.S.C. § 371 |
| 2) MARVIN LEWIS PULLEY, III, | : | 18 U.S.C. § 2 |
|     a/k/a "SCOOTER POO," | : | 18 U.S.C. § 49 |
| 3) BRANDON ASHLEY BAKER, | : | 18 U.S.C. § 922(g)(1) |
| 4) CHRISTOPHER TRAVIS BEAUMONT, | : | 18 U.S.C. § 924(a)(8) |
|     a/k/a "TRAVIS," | : | 18 U.S.C. § 924(d)(1) |
| 5) HERMAN BUGGS, JR., | : | 28 U.S.C. § 2461 |
|     a/k/a "PIMP," | : | |
| 6) TERRANCE FRANKLIN DAVIS, | : | |
|     a/k/a "T.D.," | : | **INDICTMENT** |
| 7) TIMOTHY OMAR FREEMAN, | : | |
| 8) TERELLE DEVONTE GANZY, | : | |
| 9) GARY MCARTHUR HOPKINS, | : | |
| 10) CORNELIOUS ANDIVENO JOHNSON, | : | |
| 11) RODRECUS DEVON KIMBLE, | : | |
|     a/k/a "COOTER POP," | : | |
| 12) DONNAMETRIC MILLER, | : | |
| 13) WILLIE FLOYD RUSSELL, | : | |
|     a/k/a "LITTLE E," | : | |
|     a/k/a "E," | : | |
|     a/k/a "E-40," | : | |
|     a/k/a "40," and | : | |
| 14) FREDRICUS VONDELL WHITE, | : | |
|     a/k/a "DREEK," | : | |
|     a/k/a "DREAD HEAD FRED," | : | |
| | : | |
|     Defendants. | : | |
| _____ | : | |

**THE GRAND JURY CHARGES:**

## COUNT ONE
## CONSPIRACY TO VIOLATE THE ANIMAL WELFARE ACT

### INTRODUCTION

At all times relevant to this Indictment:

1. An "animal fighting venture" was "any event, in or affecting interstate or foreign commerce, that involves a fight conducted or to be conducted between at least 2 animals for purposes of sport, wagering, or entertainment." 7 U.S.C. § 2156(f)(1).

### THE CONSPIRACY

2. Beginning on a date unknown to the grand jury, but occurring on or before April 24, 2022, and continuing until on or about April 24, 2022, in the Albany Division of the Middle District of Georgia, and elsewhere, the defendants,

**TAMICHAEL SHUNDRILLE ELIJAH, a/k/a "T,"**
**MARVIN LEWIS PULLEY, III, a/k/a "SCOOTER POO,"**
**BRANDON ASHLEY BAKER,**
**CHRISTOPHER TRAVIS BEAUMONT, a/k/a "TRAVIS,"**
**HERMAN BUGGS, JR., a/k/a "PIMP,"**
**TERRANCE FRANKLIN DAVIS, a/k/a "T.D.,"**
**TIMOTHY OMAR FREEMAN,**
**TERELLE DEVONTE GANZY,**
**GARY MCARTHUR HOPKINS,**
**CORNELIOUS ANDIVENO JOHNSON,**
**RODRECUS DEVON KIMBLE, a/k/a "COOTER POP,"**
**DONNAMETRIC MILLER,**
**WILLIE FLOYD RUSSELL, a/k/a "LITTLE E," a/k/a "E," a/k/a "E-40," a/k/a "40," and**
**FREDRICUS VONDELL WHITE, a/k/a "DREEK," a/k/a "DREAD HEAD FRED,"**

(hereinafter, collectively, the "Defendants"), and others, did knowingly and intentionally conspire and agree with each other to sponsor and exhibit dogs in an animal fighting venture, contrary to Title 7, United States Code, Section 2156(a)(1) and Title 18, United States Code, Section 49.

2

## OBJECT OF THE CONSPIRACY

3.  The object of the conspiracy was for the Defendants, and others, to sponsor and exhibit dogs in an animal fighting venture.

## MANNER AND MEANS OF THE CONSPIRACY

4.  It was a part of the conspiracy that the Defendants and others arranged to fight pit bull-type dogs in dog fights.

5.  It was further a part of the conspiracy that the Defendants and others transported pit bull-type dogs for use in dog fights and used vehicles to transport and store fighting dogs and dog fighting equipment.

6.  It was further a part of the conspiracy that the Defendants and others exchanged money for dog fight entry fees, dog fight wagers, and to rent property for the purpose of hosting a dog fighting event.

7.  It was further a part of the conspiracy that the Defendants and others fought pit bull-type dogs in dog fights.

8.  It was further a part of the conspiracy that the Defendants and others acquired and maintained medical equipment, for purposes of attempting to treat dogs injured during dog fights, without the assistance or scrutiny of a veterinarian.

## OVERT ACTS

9.  In furtherance of the conspiracy and to effect the unlawful objects thereof, the following overt acts, among others, were committed in the Middle District of Georgia, and elsewhere:

    a.  On a date unknown to the grand jury, but occurring on or before April 24, 2022, MARVIN LEWIS PULLEY, III, a/k/a "SCOOTER POO," paid TAMICHAEL SHUNDRILLE

3

ELIJAH, a/k/a "T," $150 to allow PULLEY and others to use the property at 3877 Jessie Mitchell Road, Donalsonville, Georgia, for a dog fighting event.

b.  On or about April 24, 2022, TAMICHAEL SHUNDRILLE ELIJAH, a/k/a "T," hosted a dog fighting event on the property located at 3877 Jessie Mitchell Road, Donalsonville, Georgia, at which numerous dog fights occurred.

c.  On a date or dates unknown to the grand jury, but occurring on and/or before April 24, 2022, MARVIN LEWIS PULLEY, III, a/k/a "SCOOTER POO," organized a dog fighting event at 3877 Jessie Mitchell Road, Donalsonville, Georgia, by way of wire, telephone, and verbal communications.

d.  On or about April 24, 2022, a person unknown to the grand jury collected a cash entrance fee from people who attended the dog fighting event at 3877 Jessie Mitchell Road, Donalsonville, Georgia.

e.  On or about April 24, 2022, MARVIN LEWIS PULLEY, III, a/k/a "SCOOTER POO"; BRANDON ASHLEY BAKER; CHRISTOPHER TRAVIS BEAUMONT, a/k/a "TRAVIS"; HERMAN BUGGS, JR., a/k/a "PIMP"; TERRANCE FRANKLIN DAVIS, a/k/a "T.D."; TIMOTHY OMAR FREEMAN; TERELLE DEVONTE GANZY; GARY MCARTHER HOPKINS; CORNELIOUS ANDIVENO JOHNSON; RODRECUS DEVON KIMBLE, a/k/a "COOTER POP"; DONNAMETRIC MILLER; WILLIE FLOYD RUSSELL, a/k/a "LITTLE E," a/k/a "E," a/k/a "E-40," a/k/a "40,"; and FREDRICUS VONDELL WHITE, a/k/a "DREEK," a/k/a "DREAD HEAD FRED," traveled to 3877 Jessie Mitchell Road in Donalsonville, Georgia, for the purpose of attending a dog fighting event, at which numerous dog fights were planned and held.

f.  On or about April 24, 2022, at 3877 Jessie Mitchell Road in Donalsonville, Georgia, one or more Defendants, and others, possessed items used in preparation for, and in conjunction with, dog fights, including but not limited to, plywood walls and flooring comprising a dog fighting pit, a hanging scale, milk used to wash dogs just prior to a fight, portable lights, a generator, and a bucket and sponges used to wipe blood off of dogs during fights.

g.  On or about April 24, 2022, one or more Defendants, and others, possessed medical and veterinary equipment used to administer treatment to injured fighting dogs, and transported these items to 3877 Jessie Mitchell Road, Donalsonville, Georgia.

h.  On or about April 24, 2022, the Defendants and others used vehicles parked at 3877 Jessie Mitchell Road, Donalsonville, Georgia, to store dogs who had already been fought, and who had not yet been fought.

i.  On or about April 24, 2022, WILLIE FLOYD RUSSELL, a/k/a "LITTLE E," a/k/a "E," a/k/a "E-40," a/k/a "40"; and MARVIN LEWIS PULLEY, III, a/k/a "SCOOTER POO" acted as referees of dog fights at 3877 Jessie Mitchell Road, Donalsonville, Georgia.

j.  On or about April 24, 2022, BRANDON ASHLEY BAKER, TERELLE DEVONTE GANZY, CORNELIOUS ANDIVENO JOHNSON, AND FREDRICUS VONDELL WHITE, a/k/a "DREEK," a/k/a "DREAD HEAD FRED," possessed three pit bull-type dogs – Unnamed Dogs #1, #2, and #3 – and transported these dogs from Florida to the dog fighting event at 3877 Jessie Mitchell Road, Donalsonville, Georgia.

k.  On or about April 24, 2022, CHRISTOPHER TRAVIS BEAUMONT, a/k/a "TRAVIS," possessed two pit bull-type dogs – Unnamed Dogs #4 and #5 – and transported those dogs from Florida to the dog fighting event at 3877 Jessie Mitchell Road, Donalsonville, Georgia.

l.  On or about April 24, 2022, TERRANCE FRANKLIN DAVIS, a/k/a "T.D.," possessed a pit bull-type dog – Unnamed Dog #6 – and transported that dog from Alabama to the dog fighting event at 3877 Jessie Mitchell Road, Donalsonville, Georgia.

m.  On or about April 24, 2022, TIMOTHY OMAR FREEMAN possessed a pit bull-type dog – Unnamed Dog #7 – and transported that dog to the dog fighting event at 3877 Jessie Mitchell Road, Donalsonville, Georgia.

n.  On or about April 24, 2022, GARY MCARTHUR HOPKINS possessed a pit bull-type dog – Unnamed Dog #8 – and transported that dog to the dog fighting event at 3877 Jessie Mitchell Road, Donalsonville, Georgia.

o.  On or about April 24, 2022, RODRECUS DEVON KIMBLE, a/k/a "COOTER POP," possessed a pit bull-type dog – Unnamed Dog #9 – and transported that to the dog fighting event at 3877 Jessie Mitchell Road, Donalsonville, Georgia.

p.  On or about April 24, 2022, DONNAMETRIC MILLER possessed two pit bull-type dogs – Unnamed Dogs #10 and #11 – and transported those dogs to the dog fighting event at 3877 Jessie Mitchell Road, Donalsonville, Georgia.

q.  On or about April 24, 2022, MARVIN LEWIS PULLEY, III, a/k/a "SCOOTER POO," possessed two pit bull-type dogs – Unnamed Dogs #12 and #13 – and transported those dogs to the dog fighting event at 3877 Jessie Mitchell Road, Donalsonville, Georgia.

r.  On or about April 24, 2022, HERMAN BUGGS, JR., a/k/a "PIMP," possessed a pit bull-type dog – Unnamed Dog #14 – and transported that dog to the dog fighting event at 3877 Jessie Mitchell Road, Donalsonville, Georgia.

s.  On or about April 24, 2022, persons known and unknown to the grand jury possessed ten additional pit bull-type dogs and transported them to the dog fighting event at 3877 Jessie Mitchell Road, Donalsonville, Georgia.

t.  On or about April 24, 2022, DONNAMETRIC MILLER and CHRISTOPHER TRAVIS BEAUMONT, a/k/a "TRAVIS," each sponsored and exhibited a dog in a dog fight against the other at 3877 Jessie Mitchell Road, Donalsonville, Georgia.

u.  On or about April 24, 2022, DONNAMETRIC MILLER and TERRANCE FRANKLIN DAVIS, a/k/a "T.D." each sponsored and exhibited a dog in a dog fight against the other at 3877 Jessie Mitchell Road, Donalsonville, Georgia.

v.  On or about April 24, 2022, others known and unknown to the grand jury sponsored and exhibited additional dogs in dog fights at 3877 Jessie Mitchell Road, Donalsonville, Georgia.

All in violation of Title 18, United States Code, Section 371, in connection with Title 7, United States Code, Sections 2156(a)(1), 2156(b), and Title 18, United States Code, Section 49.

### COUNTS TWO THROUGH FIFTEEN
### TRANSPORT AND POSSESS A DOG FOR USE IN AN ANIMAL FIGHTING VENTURE

10.  On or about April 24, 2022, in the Albany Division of the Middle District of Georgia and elsewhere, the defendants specified in the table below did knowingly transport and possess a dog for the purpose of having the dog participate in an animal fighting venture, namely:

| Count | Defendant(s) | DOG |
|---|---|---|
| 2 | BRANDON ASHLEY BAKER, TERELLE DEVONTE GANZY, CORNELIOUS ANDIVENO JOHNSON, FREDRICUS VONDELL WHITE | UNNAMED DOG # 1, a black pit bull-type dog seized from a Chevy Suburban bearing a VIN # ending in 9825 |

| 3 | BRANDON ASHLEY BAKER, TERELLE DEVONTE GANZY, CORNELIOUS ANDIVENO JOHNSON, FREDRICUS VONDELL WHITE | UNNAMED DOG # 2, a tan pit bull-type dog seized from a Chevy Suburban bearing a VIN # ending in 9825 |
|---|---|---|
| 4 | BRANDON ASHLEY BAKER, TERELLE DEVONTE GANZY, CORNELIOUS ANDIVENO JOHNSON, FREDRICUS VONDELL WHITE | UNNAMED DOG # 3, a red pit bull-type dog seized from a Chevy Suburban bearing a VIN # ending in 9825 |
| 5 | CHRISTOPHER TRAVIS BEAUMONT | UNNAMED DOG # 4, a red/tan pit bull-type dog seized from a Toyota Tacoma bearing a VIN # ending in 2111 |
| 6 | CHRISTOPHER TRAVIS BEAUMONT | UNNAMED DOG # 5, a black pit bull-type dog seized from the fighting pit area at 3877 Jessie Mitchell Road |
| 7 | TERRANCE FRANKLIN DAVIS | UNNAMED DOG # 6, a black pit bull-type dog seized from a Volkswagen Atlas bearing a VIN # ending in 1221 |
| 8 | TIMOTHY OMAR FREEMAN | UNNAMED DOG # 7, a tan pit bull-type dog seized from a Chevy Impala bearing a VIN # ending in 1916 |
| 9 | GARY MCARTHUR HOPKINS | UNNAMED DOG # 8, a red/tan pit bull-type dog seized from a Chevy Silverado bearing a VIN # ending in 5032 |
| 10 | RODRECUS DEVON KIMBLE | UNNAMED DOG # 9, a black/dark brown pit bull-type dog seized from a Ford Ranger bearing a VIN # ending in 7213 |
| 11 | DONNAMETRIC MILLER | UNNAMED DOG # 10, a pit bull-type dog used in a dog fight against Christopher Beaumont |

| 12 | DONNAMETRIC MILLER | UNNAMED DOG # 11, a pit bull-type dog used in a dog fight against Terrance Davis |
| --- | --- | --- |
| 13 | MARVIN LEWIS PULLEY, III | UNNAMED DOG # 12, a tan pit bull-type dog seized from a Dodge Ram bearing a VIN # ending in 8175 |
| 14 | MARVIN LEWIS PULLEY, III | UNNAMED DOG # 13, a tan/red pit bull-type dog with a white nose blaze, seized from a Dodge Ram bearing a VIN # ending in 8175 |
| 15 | HERMAN BUGGS, JR. | UNNAMED DOG # 14, a red pit bull-type dog seized from the front/side yard at 3877 Jessie Mitchell Road |

in violation of Title 7, United States Code, Section 2156(b) and Title 18, United States Code, Sections 2 and 49.

### COUNTS SIXTEEN THROUGH EIGHTEEN
### POSSESS A DOG FOR USE IN AN ANIMAL FIGHTING VENTURE

11. On or about April 24, 2022, in the Albany Division of the Middle District of Georgia and elsewhere,

**TAMICHAEL SHUNDRILLE ELIJAH, a/k/a "T,"**

did knowingly possess a dog for the purpose of having the dog participate in an animal fighting venture, namely:

| Count | DOG |
| --- | --- |
| 16 | UNNAMED DOG # 15, a red pit bull-type dog, tethered by a chain near the residence at 3877 Jessie Mitchell Road |
| 17 | UNNAMED DOG # 16, a tan pit bull-type dog, tethered by a chain near the residence at 3877 Jessie Mitchell Road |

9

| 18 | UNNAMED DOG # 17, a red pit bull-type dog tethered by a chain near the residence at 3877 Jessie Mitchell Road |

in violation of Title 7, United States Code, Section 2156(b) and Title 18, United States Code, Sections 2 and 49.

## COUNTS NINETEEN THROUGH TWENTY-TWO
## SPONSOR AND EXHIBIT A DOG IN AN ANIMAL FIGHTING VENTURE

12.   On or about April 24, 2022, in the Albany Division of the Middle District of Georgia and elsewhere, the defendants specified in the table below, did knowingly sponsor and exhibit a dog for the purpose of having the dog participate in an animal fighting venture, namely:

| Count | Defendant |
|---|---|
| 19 | DONNAMETRIC MILLER |
| 20 | TERRANCE FRANKLIN DAVIS |
| 21 | DONNAMETRIC MILLER |
| 22 | CHRISTOPHER TRAVIS BEAUMONT |

in violation of Title 7, United States Code, Section 2156(a)(1) and Title 18, United States Code, Sections 2 and 49.

## COUNT TWENTY-THREE
## POSSESSION OF A FIREARM BY A CONVICTED FELON

13.   On or about April 24, 2022, in the Albany Division of the Middle District of Georgia,

**DONNAMETRIC MILLER,**

defendant herein, possessed a firearm, that is, one .40 caliber pistol, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, and did so knowingly, said

firearm having been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE NOTICE
## 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461 – Criminal Forfeiture

1. The allegation contained in Count Twenty-Three of this Indictment is hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(l), in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(g)(l) and 924(a)(2) set forth in Count Twenty-Three of this Indictment, the defendant,

**DONNAMETRIC MILLER,**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d)(l), in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense(s).

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon exercise of due diligence;

    (b) has been transferred, sold to or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 924(d)(1).

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

U.S. DEPARTMENT OF JUSTICE
ENVIRONMENTAL CRIMES SECTION

_____
ETHAN EDDY
SENIOR TRIAL ATTORNEY

Filed in open court this __9__ day of __Jan__, AD 20__24__.

_____
Deputy Clerk